1    **RICKEY IVIE, ESQ. (SBN 76864)**
*rivie@imwlaw.com*

2    **ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
*akizzie@imwlaw.com*

3    **IVIE, McNEILL & WYATT**
444 South Flower Street, Suite 1800

4    Los Angeles, California 90071
Telephone: (213) 489-0028

5    Facsimile:   (213) 489-0552

6    Attorneys for Defendants,
**COUNTY OF LOS ANGELES et al.**

7

8

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13    KEN SHEPPARD                 )    Case No. CV12-2392 CBM (PJWx)

14                           )    Hon. Consuelo B. Marshall
             *Plaintiff,*       )    Courtroom No.: 2

15                           )

16    v.                        )    **REDACTED NOTICE RE**
                          )    **JUDGMENT ON SPECIAL**

17                           )    **VERDICT [JS-6]**
COUNTY OF LOS ANGELES, et. al., )

18             *Defendants.*     )

19                           )

20                           )

21                           )

22

23       This case came on regularly for trial on February 18, 2014 to February 27,

24

25    2014 in Department 2 of this Court, the Honorable Consuelo B. Marshall

26    presiding; the plaintiff appearing by Attorney Franklin L. Ferguson, Jr. from **LAW**

27                      **REDACTED NOTICE RE**
        **JUDGMENT ON SPECIAL VERDICT**

28                           - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OFFICE OF FRANKLIN L. FERGUSON, JR**. and defendant appearing by

Attorneys Rickey Ivie and Antonio K. Kizzie from **IVIE, MCNEILL & WYATT**.

A jury of 8 persons was regularly impaneled and placed under oath.

Witnesses were placed under oath and testified.  After hearing the evidence and

arguments of counsel, the jury was duly instructed by the Court and the cause was

submitted to the jury with directions to return a verdict on special issues.  The jury

deliberated and thereafter returned into court with its special verdict consisting of

the special issues submitted to the jury and the answers given thereto by the jury,

which said verdict was in words and figures as follows, to wit:

"We, the Jury in the above-entitled action, now reach our unanimous verdict

on the following questions submitted to us:

Question 1:  Do you find by a preponderance of the evidence that Plaintiff

Ken Sheppard's Fourth Amendment right not to be subjected to excessive force

was violated by Defendant Scott Short?"

Answer:  __NO__

Dated:  __2/27/14__

---

**REDACTED NOTICE RE
JUDGMENT ON SPECIAL VERDICT**

– 2 –

It appearing by reason of said special verdict that:

Defendant **DEPUTY SCOTT SHORT** is entitled to judgment against the plaintiff **KEN SHEPPARD**.

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that said plaintiff **KEN SHEPPARD** shall recover nothing by reason of the complaint, and that defendant **DEPUTY SCOTT SHORT** shall recover costs from said plaintiff **KEN SHEPPARD** pursuant to Federal Rule of Civil Procedure 54(d)(1) per cost bill.

Dated:  March 5, 2014



_____

**CONSUELO B. MARSHALL,**
**UNITED STATES DISTRICT JUDGE**

**REDACTED NOTICE RE**
**JUDGMENT ON SPECIAL VERDICT**